[This opinion has been published in *Ohio Official Reports* at 78 Ohio St.3d 1209.]

THE STATE EX REL. GRINNELL *v*. MITCHELL, JUDGE.

[Cite as *State ex rel. Grinnell v. Mitchell*, 1997-Ohio-218.]

*Motion to dismiss granted.*

(No. 97-131—Submitted March 18, 1997—Decided April 30, 1997.)

IN PROCEDENDO.

ON MOTION TO DISMISS.

————————————

*Timothy Grinnell*, *pro se*.

*Mark E. Piepmeier*, Special Prosecuting Attorney, and *William E. Breyer*, Assistant Special Prosecuting Attorney, for respondent.

————————————

{¶ 1} The motion to dismiss is granted.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and, JJ., concur.

LUNDBERG STRATTON, J., concurs separately.

————————————

**LUNDBERG STRATTON, J., concurring.**

{¶ 2} I concur in the order of dismissal. Although we are not directing the lower court to take immediate action in this matter, I strongly urge the trial count to take note that relator's motion has been pending for nearly one year and to make the utmost effort to expeditiously rule on this motion.

————————————